No. 74–373. KONIECKI ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–382. UNITED STATES *v.* FINLEY COAL CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–386. IDAHO TAX COMMISSION *v.* MAHONEY. Sup. Ct. Idaho. Certiorari denied.

No. 74–399. MAYSE ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–405. WARREN *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 74–410. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–432. COMMUNITY BANK ET AL. *v.* FEDERAL RESERVE BANK OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–443. LIBERTY LOAN CORP. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–449. GREENBERG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–460. HIGHWAY & LOCAL MOTOR FREIGHT DRIVERS LOCAL NO. 701, AFFILIATED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* SUBURBAN TRANSIT CORP. ET AL. C. A. 3d Cir. Certiorari denied.